UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| WALLING ENTERPRISES, INC. § | |
| § | |
| Plaintiff § | |
| § | Civil Action No. 05-3819 |
| § | |
| v. § | JURY TRIAL DEMANDED |
| § | |
| U.S. SPORTS VIDEO, INC. § | |
| § | |
| Defendant § | |

## JOINT MOTION TO DISMISS WITH PREJUDICE

Plaintiff Walling Enterprises, Inc. and Defendant U.S. Sports Video, Inc. hereby jointly move the Court for an Order dismissing this case with prejudice, each party to bear its own costs. The Parties represent that they have reached an Agreement that fully settles this dispute.

Respectfully submitted,

Date: February 6, 2006

/s/ Edward W. Goldstein
Edward W. Goldstein, attorney-in-charge
TX Bar No. 08099500/SD TX ID No. 586
Jody M. Goldstein
TX Bar No. 24002153/SD TX ID No. 33841
**Goldstein & Faucett, LLP**
1177 West Loop South, Suite 400
Houston, TX  77027
Tel:  713/877-1515
Fax:  713/877-1737
Email: egoldstein@gfiplaw.com
Email: jgoldstein@gfiplaw.com

*Attorneys for Plaintiff*
*Walling Enterprises, Inc.*

Date: February 6, 2006 /s/ Randolph E. Digges, III
Randolph E. Digges, III, attorney-in-charge
**Rankin, Hill, Porter & Clark, LLP**
925 Euclid Avenue, Suite 700
Cleveland, OH 44115-1405
Tel: 216.566.9700
Fax: 216.566.9711
Email: digges@rankinhill.com

Date: February 6, 2006 /s/ Steven A. Friedman,
Steven A. Friedman
**Squire, Sanders & Dempsey, LLP**
4900 Key Tower
127 Public Square
Cleveland, OH 44144
Tel: 216.479.8327
Fax: 216.479.8777
Email: sfriedman@ssd.com

Date: February 6, 2006 /s/ Charles J. Rogers
Charles J. Rogers
Texas State Bar No. 00786205
S.D. of Texas Bar No. 19028
**Conley Rose, P.C.**
600 Travis Street, Suite 7100
Houston, TX 77002-2912
Tel: 713.238.8049
Fax: 713.238.8008

*Attorneys for Defendant*
*U.S. Sports Video, Inc.*