UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| WALLING ENTERPRISES, INC. | § | |
| | § | |
|    Plaintiff | § | |
| | § | Civil Action No. 05-3819 |
| | § | |
| v. | § | JURY TRIAL DEMANDED |
| | § | |
| U.S. SPORTS VIDEO, INC. | § | |
| | § | |
|    Defendant | § | |

## ORDER OF DISMISSAL WITH PREJUDICE

On the joint motion of the parties, the court dismisses this case, with prejudice.

Costs of court will be paid by the party incurring them.

Signed on February ___8___, 2006, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge